UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MYRON MARTIN,

      Plaintiff,

  v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; UNIDENTIFIED
OFFICERS I-IV,

      Defendants.

Case No. 2:25-cv-02355-JAD-EJY

**REPORT AND RECOMMENDATION**

This action commenced on November 25, 2025 when *pro se* Plaintiff submitted an incomplete Application to Proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On April 9, 2026, the Court entered an Order denying Plaintiff's IFP application and dismissing his Complaint without prejudice, but with leave to amend. ECF No. 3. Plaintiff was given through and including May 1, 2026 to file an amended complaint and complete IFP application that included a Financial Acknowledgement signed by Plaintiff. *Id.* The Court stated that if Plaintiff failed to file an amended complaint and an IFP application it would recommend dismissal of this action in its entirety. *Id.*

As of the date of this Recommendation, Plaintiff has not complied with the Court's Order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 5th day of May, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).