UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MYRON MARTIN,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; UNIDENTIFIED OFFICERS I-IV,

Defendants.

Case No. 2:25-cv-02355-JAD-EJY

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

**The magistrate judge entered this report and recommendation [ECF No. 5] on 5/5/26:**

This action commenced on November 25, 2025 when *pro se* Plaintiff submitted an incomplete Application to Proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On April 9, 2026, the Court entered an Order denying Plaintiff's IFP application and dismissing his Complaint without prejudice, but with leave to amend. ECF No. 3. Plaintiff was given through and including May 1, 2026 to file an amended complaint and complete IFP application that included a Financial Acknowledgement signed by Plaintiff. *Id.* The Court stated that if Plaintiff failed to file an amended complaint and an IFP application it would recommend dismissal of this action in its entirety. *Id.*

As of the date of this Recommendation, Plaintiff has not complied with the Court's Order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 5th day of May, 2026.

1

### ORDER ADOPTING REPORT AND RECOMMENDATION

The deadline for Plaintiff Myron Martin to object to this recommendation was 5/19/2026, and he neither filed an objection nor asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety, and **THIS CASE IS DISMISSED** for the reasons stated in the report and recommendation. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 22, 2026